# UNITED STATES DISTRICT COURT

Middle District of Tennessee

UNITED STATES OF AMERICA
v.
CALVIN BRIGHT

## JUDGMENT IN A CRIMINAL CASE

Case Number: 3:25-cr-00056

USM Number: 72914-511

David Fletcher
Defendant's Attorney

## THE DEFENDANT:

☑ pleaded guilty to count(s) 1 and 2 of the Indictment

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☐ was found guilty on count(s) ______ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Possession of a firearm by a convicted felon | 11/2/2022 | 1 |
| 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Possession of a firearm by a convicted felon | 6/15/2024 | 2 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/11/2026
Date of Imposition of Judgment

Eli Richardson
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

August 20, 2026
Date

DEFENDANT: CALVIN BRIGHT
CASE NUMBER: 3 25-cr-00056

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of

37 months - 37 months on each of Counts 1 and 2 to run concurrent with one another with the sentences defendant is currently serving in Davidson County Criminal Docket Numbers 2018-B-713 and 2018-B-804. The sentence is to begin running the date of sentencing (8/11/2026) and to be served initially in the custody of Davidson County authorities or the Tennessee Department of Correction and, if not fully served at the conclusion of such custody, thereafter in the custody of the Bureau of Prisons.

☑ The court makes the following recommendations to the Bureau of Prisons:
Participation in cognitive behavioral therapy
Designation to FCI Talladega, if permitted

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.

☐ at ____________ ☐ a.m. ☐ p m on ____________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p m on ____________ .

☐ as notified by the United States Marshal

☐ as notified by the Probation or Pretrial Services Office

# RETURN

I have executed this judgment as follows:

Defendant delivered on ____________ to ____________

at ____________ , with a certified copy of this judgment

____________
UNITED STATES MARSHAL

By ____________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: CALVIN BRIGHT
CASE NUMBER: 3 25-cr-00056

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

2 years on each of Counts 1 and 2 to run concurrent with each other

## MANDATORY CONDITIONS

1 You must not commit another federal, state or local crime
2 You must not unlawfully possess a controlled substance
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse *(check if applicable)*
4 ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5 ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6 ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U S C § 20901, *et seq* ) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7 ☐ You must participate in an approved program for domestic violence *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page

DEFENDANT: CALVIN BRIGHT
CASE NUMBER. 3 25-cr-00056

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1 You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2 After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed
3 You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4 You must answer truthfully the questions asked by your probation officer
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours
10 You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)
11 You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12 If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction The probation officer may contact the person and confirm that you have notified the person about the risk
13 You must follow the instructions of the probation officer related to the conditions of supervision

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www uscourts gov.

Defendant's Signature ______________________ Date ______________

DEFENDANT: CALVIN BRIGHT
CASE NUMBER: 3 25-cr-00056

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall participate in a mental health program as directed by the United States Probation Office You shall pay all or part of the cost of mental health treatment if the United States Probation Office determines you have the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

2. You shall furnish all financial records, including, without limitation, earnings records and tax returns, to the United States Probation Office upon request

3. You shall participate in a cognitive behavioral therapy (CBT) program as directed by the United States Probation Office. You shall pay all or part of the cost for CBT if the United States Probation Office determines you have the financial ability to do so or have appropriate insurance coverage to pay for such treatment.

DEFENDANT: CALVIN BRIGHT
CASE NUMBER· 3 25-cr-00056

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total crımınal monetary penalties undeı the schedule of payments on Sheet 6

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200 00 | $ | $ | $ | $ |

☐ The determınation of restıtutıon is deferred untıl ____________ . An *Amended Judgment ın a Crımınal Case (AO 245C)* wıll be entered after such determınation.

☐ The defendant must make ıestıtution (including community restitutıon) to the following payees in the amount listed below

If the defendant makes a partial payment, each payee shall receıve an approximately proportioned payment, unless specıfied otherwise in the prıorıty order oı percentage payment column below However, puısuant to 18 U S C § 3664(ı), all nonfederal vıctıms must be paıd before the Unıted States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS** | $ 0 00 | $ 0 00 | |

☐ Restıtutıon amount oıdeıed puısuant to plea agıeement $ ____________

☐ The defendant must pay inteıest on ıestitution and a fine of more than $2,500, unless the restıtutıon oı fine ıs paıd ın full befoıe the fifteenth day afteı the date of the judgment, pursuant to 18 U.S.C. § 3612(f) All of the payment optıons on Sheet 6 may be subject to penalties foı delınquency and default, pursuant to 18 U.S.C. § 3612(g)

☐ The court deteımined that the defendant does not have the ability to pay ınterest and ıt ıs oıdeıed that.

☐ the inteıest requırement ıs waived for the ☐ fine ☐ ıestitution.

☐ the inteıest requirement foı the ☐ fine ☐ restıtutıon ıs modified as follows.

* Amy, Vıcky, and Andy Chıld Poınography Vıctım Assıstance Act of 2018, Pub L No 115-299
** Justıce for Victims of Tıafficking Act of 2015, Pub L. No 114-22.
*** Findings foı the total amount of losses are requiıed undeı Chapters 109A, 110, 110A, and 113A of Tıtle 18 for offenses commıtted on or afteı September 13, 1994, but before April 23, 1996

DEFENDANT. CALVIN BRIGHT
CASE NUMBER: 3 25-cr-00056

# SCHEDULE OF PAYMENTS

Havıng assessed the defendant's abılıty to pay, payment of the total cıiminal monetary penalties is due as follows·

**A** ☐ Lump sum payment of $ ________ due ımmedıately, balance due

☐ not later than ____________, or
☐ ın accordance with ☐ C, ☐ D, ☐ E, or ☐ F below, or

**B** ☑ Payment to begın immedıately (may be combined with ☐ C, ☐ D, or ☐ F below), or

**C** ☐ Payment ın equal ________ *(e g , weekly, monthly, quaı teı ly)* ınstallments of $ ________ over a peııod of ________ *(e g , months or years)*, to commence ________ *(e g , 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment ın equal ________ *(e g , weekly, monthly, quaı teı ly)* ınstallments of $ ________ oveı a perıod of ________ *(e g , months or years)*, to commence ________ *(e g , 30 oı 60 days)* afteı release from impıısonment to a teım of supeıvision, or

**E** ☐ Payment during the term of supervısed ıelease wıll commence within ________ *(e g , 30 or 60 days)* after release from impıisonment The court wıll set the payment plan based on an assessment of the defendant's abılıty to pay at that tıme, or

**F** ☐ Special instıuctions ıegardıng the payment of crimınal monetary penalties.

Unless the court has expressly ordeıed otheıwise, ıf this judgment imposes ımprısonment, payment of cıiminal monetary penaltıes ıs due durıng the period of impıisonment All crımınal monetaıy penalties, except those payments made through the Federal Bureau of Pıısons' Inmate Financıal Responsıbılıty Pıogıam, are made to the cleık of the court

The defendant shall ıeceıve credıt foı all payments pıeviously made toward any cıiminal monetaıy penaltıes ımposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(ıncludıng defendant numbeı)* | Total Amount | Joint and Seveıal Amount | Coııesponding Payee, ıf appıopıiate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecutıon.

☐ The defendant shall pay the following court cost(s)·

☐ The defendant shall forfeıt the defendant's ınterest in the following property to the Unıted States·

Payments shall be applıed in the following order· (1) assessment, (2) ıestitutıon prıncıpal, (3) restitutıon inteıest, (4) AVAA assessment, (5) fine pıincipal, (6) fine ınteıest, (7) community ıestitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of pıosecutıon and court costs